IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| NORRIS G. HOLDER, JR., <br><br> *Petitioner*, <br><br> v. <br><br> STEVEN KALLIS, Warden, <br> USP Terre Haute, <br> and <br> UNITED STATES OF AMERICA, <br><br> *Respondents*. | Case No. 2:23-cv-524 <br><br> CIVIL ACTION <br> (Capital Habeas Corpus) |

**MOTION TO PROCEED *IN FORMA PAUPERIS***

Petitioner, Norris G. Holder, Jr., through counsel, respectfully moves for leave to file his Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, submitted for filing on this date, without prepayment of fees, and to proceed *in forma pauperis*. In support of this request, counsel states the following:

1.      Mr. Holder is an indigent death-sentenced prisoner at the United States Penitentiary at Terre Haute, Indiana. His BOP Register Number is 26902-044.

2.      Mr. Holder has been incarcerated since 1998.  Mr. Holder has been found indigent and has been permitted to proceed *in forma pauperis* by every court to consider his case, including the United States District Court for the Eastern District of Missouri, the United States Court of Appeals for the Eighth Circuit, the United States Supreme Court, and this Court (*see, e.g.*, Case No. 2:22-cv-00212-JRS-MG, Doc. 6).

3.      Counsel from the Capital Habeas Unit of the Office of the Federal Public Defender for the Eastern District of Arkansas and the Federal Defender Office for the

Districts of Massachusetts, New Hampshire, and Rhode Island currently represent Mr. Holder in this Court. *Holder v. United States*, Case No. 22-cv-00323-JRS-MG (S.D. Ind. 2022).

4.      Mr. Holder has remained indigent during his incarceration. He is unable to pay the fees and costs associated with the litigation of his Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.

5.      A proposed order granting Mr. Holder leave to proceed *in forma pauperis* is attached.

WHEREFORE, Mr. Holder respectfully requests leave to file his Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 without prepayment of fees and requests leave to proceed *in forma pauperis*.

Respectfully Submitted,

/s/Eliza Meredith
Eliza Meredith
Assistant Federal Public Defender
Office of the Federal Public Defender for
the Eastern District of Arkansas
1401 West Capitol, Suite 490
Little Rock, AR 72201
Phone: (501) 324-6114
Fax: (501) 324-5630
eliza_meredith@fd.org

/s/Allen Franco
Allen Franco
Assistant Federal Public Defender
Federal Defender's Office for the
Districts of Massachusetts, New Hampshire
and Rhode Island
51 Sleeper Street
Boston, MA 02210
Phone: (617) 223-8061
Fax: (617) 639-9023
allen_franco@fd.org

*Counsel for Norris G. Holder, Jr.*

3