IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| NORRIS G. HOLDER, JR., <br><br> *Petitioner*, <br><br> v. <br><br> STEVEN KALLIS, Warden, <br> USP Terre Haute, <br> and <br> UNITED STATES OF AMERICA, <br><br> *Respondents*. | Case No. 2:23-cv-524 <br><br> DEATH PENALTY CASE |

**ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS***

This matter comes before the Court on the motion of counsel for Petitioner Norris G. Holder, Jr., requesting leave to proceed *in forma pauperis* and without the prepayment of fees. On consideration of the motion, the Courts finds that it should be and hereby is GRANTED.

SO ORDERED this ____ day of November, 2023.

_____

United States District Court
Southern District of Indiana

Distribution:
All ECF-registered counsel of record via email