AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana        ▾

| | |
|---|---|
| Norris G. Holder, Jr. | ) |
| *Plaintiff* | ) |
| v. | ) |
| United States of America, et al. | ) |
| *Defendant* | ) |

Case No.    2:23-cv-524

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Norris G. Holder, Jr.                                                                      .

Date:        11/14/2023

*Attorney's signature*

Eliza Meredith (NC#58788)
*Printed name and bar number*
Office of the Federal Public Defender, E.D. Arkansas
Capital Habeas Unit
1401 W. Capitol Street, Suite 490,
Little Rock, AR 72201

*Address*

eliza_meredith@fd.org
*E-mail address*

(501) 324-6114
*Telephone number*

(501) 324-5630
*FAX number*