UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| NORRIS G. HOLDER, JR., | ) | |
|            Petitioner, | ) | |
| | ) | Case No. 2:23-CV-00524-MPB-MKK |
| | ) | |
| | ) | **DEATH PENALTY CASE** |
| | ) | |
| v. | ) | |
| | ) | |
| STEVEN KALLIS, Warden, | ) | |
| USP Terre Haute, | ) | |
| and | ) | |
| UNITED STATES OF AMERICA, | ) | |
|            Respondents. | ) | |
| | ) | |

**NOTICE OF APPERANCE**

Comes now, Allen Franco, Assistant Federal Public Defender at the Federal Public Defender Office for the Districts of Massachusetts, New Hampshire, and Rhode Island. I am admitted or otherwise authorized to practice in this court and hereby enter my appearance on behalf of Petitioner Norris G. Holder, Jr.

Respectfully Submitted,

Gene "Allen" Franco
AR Bar No: 2018197
Federal Public Defender Office
Districts of Massachusetts, New Hampshire,
and Rhode Island
51 Sleeper St., 5th Floor
Boston, MA 02210
Phone: (617) 223-8061
Fax: (617) 639-9023
allen_franco@fd.org

Date: November 15, 2023