UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| NORRIS G. HOLDER, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:23-cv-00524-MPB-MKK |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Steven Kallis, Warden, USP Terre Haute, | ) | |
| | ) | |
| Defendants. | ) | |

**Order to Show Cause**

The Court, having considered the above action and the matters which are pending, makes the following rulings:

1.    The United States is **notified** of the filing of the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 and of the supporting memorandum. This material has been scanned into the Court's electronic docket. A copy of this Order to Show Cause shall be **distributed to** the United States Attorney.

2.    The respondent shall have **until December 27, 2023,** in which to answer the allegations of the habeas petition, and in doing so shall **show cause** why the relief sought by the petitioner should not be granted. The petitioner shall have **twenty-eight days after service of the answer** in which to reply.

3.    The petitioner's motion to proceed *in forma pauperis*, dkt. [2], is **granted**.

**IT IS SO ORDERED.**

Dated:  November 16, 2023

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution:

Office of the United States Attorney by Electronic Service

All Electronically Registered Counsel