UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

NORRIS G. HOLDER, JR.,        )
       )
           Plaintiff,        )
       )
           v.        )     No. 2:23-cv-00524-MPB-MKK
       )
UNITED STATES OF AMERICA,        )
STEVEN KALLIS Warden, USP Terre Haute,        )
       )
           Defendants.        )

**Second Order to Show Cause**

Petitioner filed a petition for writ of habeas corpus on November 14, 2023. Dkt. 1. The Court issued an order to show cause on November 16, 2023, dkt. 7, but the respondent failed to appear or respond to the show cause order. The Court therefore issues a second order to show cause as follows:

1. The United States is **notified** of the filing of the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 and of the supporting memorandum. This material has been scanned into the Court's electronic docket. A copy of this Order to Show Cause shall be **distributed to** the United States Attorney.

2. The respondent shall have **until February 13, 2024,** in which to answer the allegations of the habeas petition, and in doing so shall **show cause** why the relief sought by the petitioner should not be granted. The petitioner shall have **twenty-eight days after service of the answer** in which to reply.

     **IT IS SO ORDERED.**

Dated:  January 2, 2024

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution:

All Electronically Registered Counsel

Office of the United States Attorney by Electronic Service