UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| NORRIS G. HOLDER, JR., | ) | |
| | ) | |
| Petitioner, | ) | **CAPITAL CASE** |
| | ) | |
| v. | ) | Cause No. 2:23-cv-00524-MPB-MKK |
| | ) | |
| STEVEN KALLIS, *WARDEN*, | ) | |
| *USP TERRE HAUTE*, and | ) | |
| United States of America, | ) | |
| | ) | |
| Respondents. | ) | |

APPEARANCE

Comes now, Zachary A. Myers, United States Attorney for the

Southern District of Indiana, by James R. Wood, Assistant United States

Attorney for the Southern District of Indiana, and enters his appearance as

counsel for the Respondents.

Respectfully submitted,

ZACHARY A. MYERS
United States Attorney

By:    s/ James R. Wood
James R. Wood
Assistant United States Attorney
Office of the United States Attorney
10 W. Market St., Suite 2100
Indianapolis, Indiana 46204-3048
Telephone: (317) 226-6333
Fax: (317) 226-6125
E-mail: Bob.Wood@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on January 9, 2024, a copy of the foregoing was filed electronically. Service of this filing will be sent to counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ James R. Wood
James R. Wood
Assistant United States Attorney
Office of the United States Attorney
10 W. Market St., Suite 2100
Indianapolis, Indiana 46204-3048
Telephone: (317) 226-6333
Fax: (317) 226-6125
E-mail: Bob.Wood@usdoj.gov

2