UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

NORRIS G. HOLDER, JR.,            )
                                 )
          Petitioner,            )          **CAPITAL CASE**
                                 )
     v.                          )  Cause No. 2:23-cv-00524-MPB-MKK
                                 )
STEVEN KALLIS, *WARDEN*,         )
*USP TERRE HAUTE*, and           )
United States of America,        )
                                 )
          Respondents.           )

## ORDER

This matter is before the Court on the Petitioner's motion for default judgment, (D. 9), the Respondents' response in opposition to the motion, and the Respondents' motion for a 45-day extension of time to respond to the Petitioner's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241.

The Court, being duly advised in the premises, DENIES the motion for default judgment for the reasons stated in the Respondents' response in opposition,

AND GRANTS the Respondents' motion for extension of time finding it to be made for good cause. The Respondents shall have until March 29, 2024, to file their response to the § 2241 petition.

So ORDERED this date: _____.

Distribution to all registered counsel via electronic notification.