UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| NORRIS G. HOLDER, JR., | ) | |
| | ) | |
| Petitioner, | ) | **CAPITAL CASE** |
| | ) | |
| v. | ) | No.  2:23-cv-00524-MPB-MKK |
| | ) | |
| STEVEN KALLIS, *WARDEN,* | ) | |
| *USP TERRE HAUTE*, and | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondents. | ) | |

**GOVERNMENT'S ENTRY OF APPEARANCE**

Zachary A. Myers, United States Attorney for the Southern District of

Indiana, and Jason S. Dunkel, Special Assistant United States Attorney for the

Southern District of Indiana, hereby enter their appearance on behalf of the United

States.

Respectfully submitted,

ZACHARY A. MYERS
United States Attorney

*/s/ Jason S. Dunkel*
JASON DUNKEL, #65886(MO)
Special Assistant United States Attorney
111 South Tenth Street, 20th Floor
Saint Louis, Missouri 63102
Jason.Dunkel@usdoj.gov
Telephone: (314) 539-2200
Fax: (314) 539-2309

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2024, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

All Attorneys of Record.

*/s/ Jason S. Dunkel*
JASON S. DUNKEL, #65886(MO)
Assistant United States Attorney