UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| NORRIS G. HOLDER, JR.,<br>                    Petitioner,<br><br>v.<br><br>STEVEN KALLIS, Warden,<br>USP Terre Haute,<br>and<br>UNITED STATES OF AMERICA,<br>                    Respondents. | )<br>)<br>)  Case No. 2:23-CV-00524-MPB-MKK<br>)<br>)  **DEATH PENALTY CASE**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR WITHDRAWAL OF APPEARANCE

Attorney Allen Franco hereby files this Motion pursuant to Local Rule 83-7(b)(1) to be removed as counsel of record for Petitioner, Norris Holder. Attorney Franco is soon to transfer to the Federal Public Defender Office for the District of New Mexico, which has not been appointed to represent Mr. Holder in these proceedings. Attorney Eliza Meredith will remain attorney of record for Mr. Holder in this matter. *See* Local Rule 83-7(b)(4). Mr. Holder was notified of Attorney Franco's departure on April 2, 2024.

Wherefore, Attorney Franco requests that he be removed as attorney of record in this matter.

Respectfully Submitted,

Gene "Allen" Franco
AR Bar No: 2018197
Federal Public Defender Office
Districts of Massachusetts, New Hampshire,
and Rhode Island
51 Sleeper St., 5th Floor
Boston, MA 02210
Phone: (617) 223-8061
Fax: (617) 639-9023
allen_franco@fd.org

Date: April 4, 2024