UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| NORRIS G. HOLDER, JR.,            Petitioner, | ) ) ) Case No. 2:23-cv-00524-MPB-MKK ) ) **DEATH PENALTY CASE** ) |
| v. | ) ) |
| STEVEN KALLIS, Warden, USP Terre Haute, and UNITED STATES OF AMERICA,            Respondents. | ) ) ) ) ) ) ) |

## ORDER

This matter is before the Court on attorney Allen Franco's Motion for Withdrawal of Appearance.

The Court, being duly advised, now GRANTS the motion finding it to be made for good cause.

Wherefore, attorney Allen Franco shall be removed as counsel of record in this matter.

So ORDERED this date: _____.

Service of this proposed order will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.