UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| NORRIS G. HOLDER, JR.,<br><br>    *Petitioner*,<br><br>v.<br><br>STEVEN KALLIS, Warden,<br>USP Terre Haute,<br>       and<br>UNITED STATES OF AMERICA,<br><br>    *Respondents*. | Case No. 2:23-cv-524-MPB-MKK<br><br>**DEATH PENALTY CASE** |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Petitioner, Norris G. Holder, Jr., by and through undersigned counsel, moves for an extension of time of forty-five (45) days, up to and including June 3, 2024, to respond to the Government's Motion to Dismiss Mr. Holder's Petition for Writ of Habeas Corpus.

In support of the motion, Mr. Holder states the following:

1.      On November 14, 2023, Mr. Holder filed a Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. (ECF No. 1). The Court issued an Order to Show Cause on November 16, 2023 (ECF No. 7), but the Government failed to appear or respond to the Order to Show Cause by the December 27, 2023, deadline. On January 2, 2024, the Court sua sponte issued a Second Order to Show Cause, extending the Government's deadline to file a response to February 13, 2024. (ECF No. 8).  The

Government then moved for an additional forty-five (45) days (ECF No. 11), and the Court granted the Government's request. (ECF No. 13)

2. On March 29, 2024, the Government filed a Motion to Dismiss Mr. Holder's Petition for Writ of Habeas Corpus. (ECF. No. 15). Mr. Holder's response is currently due April 19, 2024.

3. Co-counsel Allen Franco is soon to transfer to a different Federal Public Defender Office and is no longer working on Mr. Holder's case. (*See* ECF. No. 16). As a result, the undersigned counsel is currently solely responsible for drafting and filing Mr. Holder's response.

4. The undersigned counsel is assigned to represent five other capital habeas petitioners in addition to Mr. Holder. Counsel will be attending out-of-state training April 8 through 11, and May 14 through 16, 2024. Counsel for Mr. Holder requires an additional forty-five (45) days to prepare, review, and finalize a response.

6. No prior extensions of time have been requested by Mr. Holder. This extension is necessary to allow sufficient time to prepare a complete and appropriate response and not for any purpose of delay.

7. Undersigned counsel has conferred with Assistant United States Attorney Jason Dunkel, who has indicated that the Government has no objection to this request. *See* Local Rule 6-1(c)(4)(A).

WHEREFORE, Mr. Holder respectfully requests that the Court grant him an extension of time up to and including June 3, 2024, to file a response to the Government's Motion to Dismiss. A proposed order is attached.

Dated: April 5, 2024                    Respectfully Submitted,

LISA G. PETERS
FEDERAL DEFENDER

Eliza Meredith, #58788 (NC)
Assistant Federal Public Defender
Capital Habeas Unit
Federal Public Defender's Office
1401 West Capitol, Suite 490
Little Rock, Arkansas 72201
(501) 324-6114 (phone)
(501) 324-5630 (fax)
eliza_meredith@fd.org

*Counsel for Norris G. Holder, Jr.*

3

**CERTIFICATE OF SERVICE**

    I certify that on April 5, 2024, a copy of the foregoing was filed electronically to be served by operation of the Court's electronic filing system upon all counsel or record.


                          /s/Eliza Meredith
                          Eliza Meredith