UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| NORRIS G. HOLDER, JR., | ) | |
| Petitioner, | ) | |
| | ) | Case No. 2:23-cv-00524-MPB-MKK |
| | ) | |
| | ) | **DEATH PENALTY CASE** |
| | ) | |
| v. | ) | |
| | ) | |
| STEVEN KALLIS, Warden, | ) | |
| USP Terre Haute, | ) | |
| and | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondents. | ) | |
| | ) | |

**ORDER**

This matter is before the Court on attorney Allen Franco's Motion for Withdrawal of Appearance.

The Court, being duly advised, now GRANTS the motion, dkt. [16], finding it to be made for good cause.

Wherefore, attorney Allen Franco shall be removed as counsel of record in this matter. Attorney Eliza Merdith remains attorney of record for Mr. Holder in this matter.

SO ORDERED.

Dated:  April 23, 2024

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Service of this proposed order will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.