UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| NORRIS G. HOLDER, JR.,<br><br>    *Petitioner*,<br><br>v.<br><br>STEVEN KALLIS, Warden,<br>USP Terre Haute,<br>       and<br>UNITED STATES OF AMERICA,<br><br>    *Respondents*. | Case No. 2:23-cv-524-MPB-MKK<br><br>**DEATH PENALTY CASE** |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Petitioner, Norris G. Holder, Jr., by and through undersigned counsel, moves for an extension of time of thirty (30) days, up to and including July 3, 2024, to respond to the Government's Motion to Dismiss Mr. Holder's Petition for Writ of Habeas Corpus.

In support of the motion, Mr. Holder states the following:

1.       On November 14, 2023, Mr. Holder filed a Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. (ECF No. 1). The Court issued an Order to Show Cause on November 16, 2023 (ECF No. 7), but the Government failed to appear or respond to the Order to Show Cause by the December 27, 2023, deadline. On January 2, 2024, the Court sua sponte issued a Second Order to Show Cause, extending the Government's deadline to file a response to February 13, 2024. (ECF No. 8).  The Government then moved for an additional forty-five (45) days (ECF No. 11), and the Court granted the Government's request. (ECF No. 13)

2.      On March 29, 2024, the Government filed a Motion to Dismiss Mr. Holder's Petition for Writ of Habeas Corpus. (ECF. No. 15). Upon Mr. Holder's motion, and finding good cause, this Court extended the time for Mr. Holder to respond. (ECF Nos. 18, 19). Mr. Holder's response is currently due June 3, 2024. (ECF No. 19).

3.      The Office of the Pardon Attorney recently scheduled Mr. Holder's oral presentation in support of his clemency application for May 31, 2024. Due to the nature and complexity of the legal proceedings in Mr. Holder's case as well as the array of supporting materials and supplements submitted on his behalf, the undersigned counsel's preparation continues to be all-consuming.

4.      Accordingly, Mr. Holder requires an additional thirty (30) days to prepare, review, and finalize a response to the Government's Motion to Dismiss.

5.      This extension is necessary to allow sufficient time to prepare a complete and appropriate response and not for any purpose of delay.

6.      The undersigned counsel has conferred with Assistant United States Attorney Jason Dunkel, who has indicated that the Government has no objection to this request.  *See* Local Rule 6-1(c)(4)(A).

WHEREFORE, Mr. Holder respectfully requests that he be granted an extension of time up to and including July 3, 2024, to file a response to the Government's Motion to Dismiss.

Dated: May 21, 2024

Respectfully Submitted,

LISA G. PETERS
FEDERAL DEFENDER

Eliza Meredith, #58788 (NC)
Assistant Federal Public Defender
Capital Habeas Unit
Federal Public Defender's Office
1401 West Capitol, Suite 490
Little Rock, Arkansas 72201
(501) 324-6114 (phone)
(501) 324-5630 (fax)
eliza_meredith@fd.org

*Counsel for Norris G. Holder, Jr.*

3

## CERTIFICATE OF SERVICE

I certify that on May 21, 2024, a copy of the foregoing was filed electronically to be served by operation of the Court's electronic filing system upon all counsel or record.


<u>/s/Eliza Meredith</u>
Eliza Meredith