UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| NORRIS G. HOLDER, JR., <br><br> *Petitioner*, <br><br> v. <br><br> STEVEN KALLIS, Warden, <br> USP Terre Haute, <br> and <br> UNITED STATES OF AMERICA, <br><br> *Respondents*. | Case No. 2:23-cv-524-MPB-MKK <br><br> **DEATH PENALTY CASE** |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME**

This matter comes before the Court on the unopposed motion of counsel for Petitioner Norris G. Holder, Jr., requesting a 30-day extension of time to file a response to the Government's Motion to Dismiss. The Court, being duly advised in the premises, now GRANTS Petitioner's motion finding it to be made for good cause.

Petitioner shall have to and including July 3, 2024, to file his response to the Government's Motion to Dismiss.

IT IS SO ORDERED.

Date: _____, 2024

_____
MATTHEW P. BROOKMAN, JUDGE
United States District Court
Southern District of Indiana

Distribution:
All Electronically Registered Counsel