UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

NORRIS G. HOLDER, JR.,                    )
                                          )
                Petitioner,               )
                                          )
        v.                                )        No. 2:23-cv-00524-MPB-MKK
                                          )
UNITED STATES OF AMERICA,                 )
STEVEN KALLIS Warden, USP Terre Haute,    )
                                          )
                Respondents.              )

**Final Judgment**

The Court now enters final judgment. The petition for a writ of habeas corpus is

**DISMISSED** for lack of jurisdiction.

Dated:  February 19, 2025

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _____
        Deputy Clerk, U.S. District Court

Distribution:

All Electronically Registered Counsel