UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| NORRIS G. HOLDER, JR., <br><br> *Petitioner*, <br><br> v. <br><br> STEVEN MERENDINO, Warden, <br> USP Terre Haute, <br> and <br> UNITED STATES OF AMERICA, <br><br> *Respondents*. | Case No. 2:23-cv-524-MPB-MKK <br><br> **DEATH PENALTY CASE** |

## NOTICE OF APPEAL

Petitioner, Norris G. Holder, Jr., by and through undersigned counsel,
hereby appeals to the United States Court of Appeals for the Seventh Circuit from
the final judgment and order denying his Petition for Writ of Habeas Corpus,
entered in this action on February 19, 2025 (ECF Nos. 24, 25).

Dated: April 21, 20205

Respectfully Submitted,

LISA G. PETERS
FEDERAL DEFENDER

/s/ Eliza Meredith
Eliza Meredith (NC Bar#58788)
Assistant Federal Public Defender
Capital Habeas Unit
Federal Public Defender's Office
1401 West Capitol, Suite 490
Little Rock, Arkansas 72201
(501) 324-6114 (phone)
(501) 324-5630 (fax)
eliza_meredith@fd.org

*Counsel for Norris G. Holder, Jr.*

## CERTIFICATE OF SERVICE

I certify that on April 21, 2025, a copy of the foregoing was filed electronically to be served by operation of the Court's electronic filing system upon all counsel or record.

/s/Eliza Meredith
Eliza Meredith