UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| NORRIS G. HOLDER, JR., <br><br> *Petitioner,* <br><br> v. <br><br> STEVEN MERENDINO, Warden, <br> USP Terre Haute, <br> and <br> UNITED STATES OF AMERICA, <br><br> *Respondents.* | Case No. 2:23-cv-524-MPB-MKK <br><br> **DEATH PENALTY CASE** |

**DOCKETING STATEMENT**

Pursuant to Rules 3(c)(1) and 28(a) of the Circuit Rules for the United States Court of Appeals for the Seventh Circuit, Petitioner-Appellant Norris G. Holder, Jr. hereby submits his Docketing Statement:

## I.  Jurisdiction of the District Court

The jurisdiction of the United States District Court for the Southern District of Indiana in the above-captioned matter is based upon 28 U.S.C. § 2241. Mr. Holder is serving a sentence of life without parole, following President Biden's commutation of his death sentence, and is currently incarcerated at USP

Terre Haute in Terre Haute, Indiana, where the current warden is Steven Merendino.[1]

## II.    Jurisdiction of the Court of Appeals

This appeal is taken from the final judgment and order of the United States District Court for the Southern District of Indiana, entered on February 19, 2025, by the Honorable Matthew P. Brookman. The notice of appeal in this matter was filed on April 21, 2025. The United States Court of Appeals has jurisdiction decide this case pursuant to 28 U.S.C. § 1291.

## III.    Prior Litigation Involving the Same Conviction

This appeal relates to Mr. Holder's convictions under *United States v. Holder*, No. 4:97-cr-00141-ERW-1 (E.D. Mo). The direct appeal of the trial proceedings was docketed in the United States Court of Appeals for the Eighth Circuit under *United States v. Norris G. Holder*, No. 98-2984.

Mr. Holder moved for collateral relief pursuant 28 U.S.C. § 2255 in the Eastern District of Missouri, docketed under *Holder v. United States*, No. 03-cv-00923-ERW (E.D. Mo). His appeal to the Eighth Circuit was docketed under *Holder v. United States*, No. 10-1304.

Mr. Holder filed petitions in *Holder v. United States*, No. 16-2207, and in *Holder v. United States*, 19-3473, seeking authorization from the Eighth Circuit to file a successive § 2255 motion.

---

[1] Mr. Holder submits that Steven Merendino should be substituted for previous warden Steve Kallis in this matter. *See* Fed. R. Civ. P. 25(d); Fed. R. App. P. 43(c).

Finally, Mr. Holder filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 in the Southern District of Indiana, docketed under *Holder v. United States of America et al*, No. 2:22-cv-00212-JRS (S.D. Ind).


Dated: April 21, 20205

Respectfully Submitted,

LISA G. PETERS
FEDERAL DEFENDER

/s/ Eliza Meredith
Eliza Meredith (NC Bar#58788)
Assistant Federal Public Defender
Capital Habeas Unit
Federal Public Defender's Office
1401 West Capitol, Suite 490
Little Rock, Arkansas 72201
(501) 324-6114 (phone)
(501) 324-5630 (fax)
eliza_meredith@fd.org

*Counsel for Norris G. Holder, Jr.*

## CERTIFICATE OF SERVICE

I certify that on April 21, 2025 a copy of the foregoing was filed electronically to be served by operation of the Court's electronic filing system upon all counsel or record.

/s/Eliza Meredith
Eliza Meredith